# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)** <br><br> Evans, Barbara S. | **2. Court or Organization** <br><br> United States District Court, District of New Mexico | **3. Date of Report** <br><br> 04/26/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time) <br><br> United States Magistrate Judge (PT) | **5a. Report Type (check appropriate type)** <br><br> ☐ Nomination     Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

United States District Court
Joe Skeen Federal Building
500 North Richardson Avenue
Roswell, NM 88201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (reportable assets are included in Part VII) |
| 2. Trustee | Trust #2 (reportable assets are included in Part VII) |
| 3. Trustee | Trust #3 (reportable assets are included in Part VII) |
| 4. Trustee | Trust #4 (reportable assets are included in Part VII) |
| 5. Trustee | Trust #5 (reportable assets are included in Part VII) |
| 6. Trustee | Trust #6 (reportable assets are included in Part VII) |
| 7. Board Member, Executive Committee member | Holsum, Inc. |
| 8. Board Member | SWS Family LLC |
| 9. Board Member | JKS Resources LLC |
| 10. Vice President | J. Kenneth and Alice Smith Family Foundation |
| 11. President, Board of Directors | Alianza of New Mexico |
| 12. Attorney Shareholder | Atwood Malone Turner and Sabin PA |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Atwood Malone Turner and Sabin PA (salary) | $34,173.53 |
| 2. 2020 | Holsom, Inc. (Director's Fee) | $6,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Atwood Malone Turner and Sabin PA (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Evans, Barbara S.** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Pioneer Bank (cash) | | None | L | T | | | | | |
| 3.   NY Life Insurance (whole) | | None | K | T | | | | | |
| 4.   Holsum, Inc | G | Distribution | P1 | T | | | | | |
| 5.   SWS Family, LLC | E | Distribution | P1 | W | | | | | |
| 6.   JKS Resources, LLC | | None | L | W | | | | | |
| 7.   Trust #7 (income beneficiary) (X) | E | Distribution | | | | | | | |
| 8.   Account #1 (H) | | | | | | | | | |
| 9.   Charles Schwab Bank Sweep (cash) (X) | A | Interest | J | T | | | | | |
| 10.   Invesco QQQ Trust (QQQ) | A | Dividend | K | T | | | | | |
| 11.   iShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 12.   SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | | | | | |
| 13.   Zeo Strategic Income Fd I (ZEOIX) | A | Dividend | | | Sold | 10/21/20 | J | | |
| 14.   Thornburg Better World I (TBWIX) | A | Dividend | K | T | | | | | |
| 15.   Account #2 (H) | | | | | | | | | |
| 16.   SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | | | | | |
| 17.   Vanguard Total Stock Mkt Indx Adm (VTSAX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Account #3 (H) | | | | | | | | | |
| 19.   American Funds 2040 Target Date Fund R4 (RDGTX) | D | Dividend | M | T | | | | | |
| 20.   Account #4 (H) | | | | | | | | | |
| 21.   Ark Next Generation Internet ETF (ARKW) (was Ark Web X.0 ETF) | A | Dividend | K | T | Buy (add'l) | 06/17/20 | J | | |
| 22. | | | | | Sold (part) | 12/29/20 | J | | |
| 23.   iShares Gold ETF (IAU) | | None | K | T | | | | | |
| 24.   iShares S&P 100 ETF (OEF) | A | Dividend | K | T | | | | | |
| 25.   PIMCO Short Term Instl (PTSHX) | A | Dividend | J | T | | | | | |
| 26.   Thornburg Strategic Inc Fd I (TSIIX) | A | Dividend | K | T | | | | | |
| 27.   American Century Focused Dynamic Gwth I (ACFSX) | A | Dividend | K | T | Buy (add'l) | 11/30/20 | J | | |
| 28.   Doubleline Colony Real Estate & Incm I (DBRIX) | A | Dividend | J | T | | | | | |
| 29.   Harding Loevner Intl EQT Y Port Inst (HLMIX) | A | Dividend | K | T | Buy | 04/21/20 | K | | |
| 30.   Lord Abbett Developing Growth I (LADYX) | B | Dividend | K | T | Buy | 07/06/20 | K | | |
| 31.   Matthews Asian Grwth & Inc Fd Inv (MACSX) | B | Dividend | K | T | | | | | |
| 32.   Oakmark Eq & Inc Fd Inv (OAKBX) | | None | | | Sold | 07/02/20 | K | | |
| 33.   Saturna Sustainable Equity (SEEFX) | A | Dividend | J | T | Buy | 11/30/20 | J | | |
| 34.   Thornburg Better World Intl I (TBWIX) | A | Dividend | K | T | Sold (part) | 11/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Evans, Barbara S.** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Tweedy Browne Global Value Fd (TBGVX) | | None | | | Sold | 04/20/20 | K | | |
| 36. Vanguard Total Intl Stock Index Adm (VTIAX) | A | Dividend | J | T | | | | | |
| 37. Vanguard Total Stock Mkt Indx Fd Adm (VTSAX) | A | Dividend | K | T | | | | | |
| 38. Account #5 (H) | | | | | | | | | |
| 39. Ark Next Generation Internet ETF (ARKW) (was Ark Web X.0 ETF) | A | Dividend | K | T | Buy (add'l) | 06/17/20 | J | | |
| 40. Thornburg Strategic Inc Fd I (TSIIX) | A | Dividend | J | T | | | | | |
| 41. Zeo Short Duration Inc Fd I (ZEOIX) | A | Dividend | J | T | | | | | |
| 42. American Century Focused Dynamic Gwth I (ACFSX) | A | Dividend | K | T | Sold (part) | 09/24/20 | J | | |
| 43. | | | | | Sold (part) | 11/30/20 | J | | |
| 44. AMG Yacktman Fd I (YACKX) | | None | | | Sold | 10/15/20 | K | | |
| 45. Buffalo Discovery Fund (BUITX) | B | Dividend | K | T | | | | | |
| 46. Doubleline Colony Real Estate & Incm I (DBRIX) | A | Dividend | K | T | | | | | |
| 47. Harding Loevner Intl EQT Y Port Inst (HLMIX) | A | Dividend | K | T | Buy | 04/21/20 | J | | |
| 48. Lord Abbett Developing Growth I (LADYX) | B | Dividend | K | T | Buy | 07/06/20 | J | | |
| 49. Oakmark Eq & Inc Fd Inv (OAKBX) | | None | | | Sold | 07/02/20 | J | | |
| 50. Payden Eq Inc Fd Inv (PYVIZ) | A | Dividend | K | T | | | | | |
| 51. Saturna Sustainable Equity (SEEFX) | A | Dividend | K | T | Buy | 10/15/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Thornburg Better World Intl I (TBWIX) | A | Dividend | K | T | Buy (add'l) | 11/30/20 | J | | |
| 53. Tweedy Browne Global Value Fd (TBGVX) | | None | | | Sold | 04/20/20 | J | | |
| 54. Vang Emrg Mkts Stk Index FD ADM Shrs (VEMAX) | A | Dividend | J | T | | | | | |
| 55. Vang Extended Market Index FD ADM Shrs (VEXAX) | A | Dividend | J | T | | | | | |
| 56. Vanguard Total Intl Stock Index Adm (VTIAX) | A | Dividend | K | T | | | | | |
| 57. Vang 500 Indx FD Admiral Shrs (VFIAX) | A | Dividend | K | T | | | | | |
| 58. Account #6 (H) | | | | | | | | | |
| 59. Schwab One Cash Acct (cash) | | None | J | T | | | | | |
| 60. Berkshire Hathaway (BRKB) | | None | K | T | | | | | |
| 61. Ark Next Generation Internet ETF (ARKW) (was Ark Web X.0 ETF) | A | Dividend | K | T | Buy (add'l) | 06/17/20 | J | | |
| 62. Vanguard Total Stock Mkt ETF (VTI) | A | Dividend | K | T | Buy (add'l) | 06/17/20 | J | | |
| 63. Vanguard Total World Stock ETF (VT) | A | Dividend | K | T | | | | | |
| 64. Thornburg Strategic Inc Fd I (TSIIX) | A | Dividend | K | T | Buy (add'l) | 11/30/20 | J | | |
| 65. Zeo Strategic Income Fd I (ZEOIX) | A | Dividend | J | T | | | | | |
| 66. American Century Focused Dynamic Gwth I (ACFSX) | A | Dividend | K | T | | | | | |
| 67. Harding Loevner Intl EQT Y Port Inst (HLMIX) | A | Dividend | K | T | Buy | 04/21/20 | J | | |
| 68. Lord Abbett Developing Growth I (LADYX) | B | Dividend | K | T | Buy | 07/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Oakmark Eq & Inc Fd Inv (OAKBX) | | None | | | Sold | 07/02/20 | K | | |
| 70. Payden Eq Inc Fd Inv (PYVIZ) | A | Dividend | | | Sold | 11/30/20 | K | | |
| 71. Saturna Sustainable Equity (SEEFX) | A | Dividend | K | T | Buy | 11/30/20 | J | | |
| 72. Thornburg Better World Intl I (TBWIX) | A | Dividend | K | T | | | | | |
| 73. Tweedy Browne Global Value Fd (TBGVX) | | None | | | Sold | 04/20/20 | J | | |
| 74. Vanguard Emrg Mkts Stk Index Fd Adm Shrs (VEMAX) | A | Dividend | | | Sold | 09/01/20 | J | | |
| 75. Vanguard 500 Index FD Admiral Shrs (VFIAX) | A | Dividend | K | T | | | | | |
| 76. Account #7 (H) | | | | | | | | | |
| 77. Ark Next Generation Internet ETF (ARKW) (was Ark Web X.0 ETF) | | None | K | T | Buy (add'l) | 06/17/20 | J | | |
| 78. | | | | | Sold (part) | 12/29/20 | J | | |
| 79. Zeo Strategic Income Fd I (ZEOIX) | A | Dividend | J | T | | | | | |
| 80. American Century Focused Dynamic Gwth I (ACFSX) | | None | K | T | Sold (part) | 09/24/20 | J | | |
| 81. Buffalo Discovery Fund Inst (BUITX) | | None | J | T | | | | | |
| 82. Doubleline Colony Real Estate & Incm I (DBRIX) | A | Dividend | J | T | | | | | |
| 83. Lord Abbett Developing Growth I (LADYX) | | None | K | T | Buy | 07/06/20 | J | | |
| 84. Oakmark Eq & Inc Fd Inv (OAKBX) | | None | | | Sold | 07/02/20 | J | | |
| 85. Payden Eq Inc Fd Inv (PYVIZ) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Evans, Barbara S.** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86. Vanguard Emrg Mkts Stk Index Fd Adm Shrs (VEMAX) | A | Dividend | K | T | | | | | |
| 87. Vanguard Extended Mkt Index Fd Adm Shrs (VEXAX) | A | Dividend | K | T | | | | | |
| 88. Vanguard Total Intl Stk Index Adm (VTIAX) | A | Dividend | K | T | | | | | |
| 89. Vanguard 500 Index FD Admiral Shrs (VFIAX) | A | Dividend | L | T | | | | | |
| 90. Account #8 (H) | | | | | | | | | |
| 91. Schwab One Cash Acct (cash) | A | Interest | J | T | | | | | |
| 92. Berkshire Hathaway (BRKB) | | None | K | T | Sold (part) | 07/16/20 | J | | |
| 93. PIMCO Short Term Instl (PTSHX) | A | Dividend | | | Sold | 07/16/20 | J | | |
| 94. Thornburg Better World Intl I (TBWIX) | A | Dividend | J | T | | | | | |
| 95. Vanguard Extended Market Index FD Adm Shrs (VEXAX) | A | Dividend | K | T | Sold (part) | 10/05/20 | J | | |
| 96. Vanguard Total Stock Mkt Index Fd Adm (VTSAX) | A | Dividend | L | T | | | | | |
| 97. Account #9 (H) | | | | | | | | | |
| 98. Invesco QQQ Trust (QQQ) | A | Dividend | K | T | Buy | 03/11/20 | J | | |
| 99. iShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | Buy | 03/11/20 | J | | |
| 100. SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | Buy | 03/11/20 | J | | |
| 101. Schwab MarketTrack Growth (SWHGX) | C | Dividend | K | T | | | | | |
| 102. Account #10 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Charles Schwab Bank Sweep (cash) | A | Interest | L | T | | | | | |
| 104. Lord Abbett Developing Growth I (LADYX) | A | Dividend | K | T | Buy | 06/26/20 | K | | |
| 105. Schwab Value Advantage (SWVXX) (cash) | A | Dividend | | | Sold (part) | 02/26/20 | K | | |
| 106. | | | | | Sold (part) | 05/14/20 | K | | |
| 107. | | | | | Sold | 06/25/20 | K | | |
| 108. Account #11 (H) | | | | | | | | | |
| 109. Schwab One Cash Acct (cash) | A | Interest | K | T | | | | | |
| 110. Mylan NV 3.75%20F (62854AAL8) | | None | | | Merged (with line 112) | 11/16/20 | J | | |
| 111. Kraft Heinz Foods 3.5%22 (50077LAJ5) | B | Interest | | | Redeemed | 10/24/20 | K | | |
| 112. Viatris Inc 3.75% 20F (62854AAL8) | A | Interest | | | Redeemed | 12/15/20 | J | | |
| 113. Synovous Finl Corp 3.125%22 (87161CAL9) | | None | K | T | Buy | 09/10/20 | K | | |
| 114. General Motors F 3.55%23 (37046ADM4) | C | Interest | | | Redeemed | 12/21/20 | K | | |
| 115. Synovous Finl Corp (87161CAK1) | B | Interest | | | Buy | 07/31/20 | K | | |
| 116. | | | | | Redeemed | 12/15/20 | K | | |
| 117. JP Morgan Chase & 2.5%26 (48128GP79) | A | Interest | K | T | | | | | |
| 118. Block Finl LLC 3.875%30 (093662AH7) | | None | K | U | Buy | 09/30/20 | K | | |
| 119. Waste Management 2.95%24 (94106LBF5) | A | Interest | | | Buy | 07/01/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Redeemed | 07/20/20 | K | | |
| 121. NM St Severance Tax 4%20 (647310L58) | A | Interest | | | Redeemed | 07/01/20 | K | | |
| 122. Belen NM CNS Sd #2 3%20 Go UTX (077581NZ5) | A | Interest | | | Redeemed | 08/01/20 | K | | |
| 123. Las Cruces NM Sd #2 5%25 (517534RA3) | A | Interest | | | Redeemed | 08/01/20 | K | | |
| 124. Farmington NM Ho 5.25%27 (311428BN5) | A | Interest | | | Buy | 05/11/20 | K | | |
| 125. | | | | | Redeemed | 10/26/20 | K | | |
| 126. Hobbs New Mex 5%50 (43385PAG4) | B | Interest | K | T | | | | | |
| 127. Abbott Laboratories (ABT) | A | Dividend | K | T | | | | | |
| 128. Astrazeneca PLC (AZN) | A | Dividend | K | T | | | | | |
| 129. Carlisle Co (CSL) | A | Dividend | K | T | | | | | |
| 130. Citrix Systems Inc (CTXS) | A | Dividend | K | T | Buy | 09/09/20 | K | | |
| 131. Equinor (EQNR) | A | Dividend | | | Sold | 06/18/20 | K | | |
| 132. Fedex Corp (FDX) | A | Dividend | | | Sold | 05/22/20 | J | | |
| 133. Home Depot (HD) | B | Dividend | K | T | | | | | |
| 134. Koninklijke Philips (PHG) | | None | K | T | | | | | |
| 135. Lam Research Corp (LRCX) | A | Dividend | K | T | Buy | 05/22/20 | K | | |
| 136. Logitech Intl S A (LOGI) | A | Dividend | K | T | Buy | 05/22/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/20/20 | J | | |
| 138. Mastercard Inc Cl A (MA) | A | Dividend | K | T | Buy | 06/18/20 | K | | |
| 139. Nextera Energy Inc (NEE) | A | Dividend | K | T | | | | | |
| 140. Nike Inc Cl B (NKE) | A | Dividend | K | T | Buy | 06/18/20 | K | | |
| 141. Paypal Holdings (PYPL) | | None | L | T | Sold (part) | 11/30/20 | K | | |
| 142. | | | | | Sold (part) | 12/29/20 | J | | |
| 143. Salesforce.com (CRM) | | None | K | T | | | | | |
| 144. SS&C Technologs Hldg (SSNC) | A | Dividend | K | T | | | | | |
| 145. Starbucks Corp (SBUX) | | None | K | T | Buy | 12/29/20 | K | | |
| 146. Stoneco Ltd Cl A (STNE) | | None | K | T | Buy | 01/23/20 | K | | |
| 147. Tenecent Holdings (TCEHY) | A | Dividend | K | T | | | | | |
| 148. Texas Capital Bancshares (TCBI) | | None | | | Sold | 01/23/20 | J | | |
| 149. Total S A (TOT) | A | Dividend | | | Sold | 02/25/20 | J | | |
| 150. UnitedHealth Group (UNH) | A | Dividend | K | T | | | | | |
| 151. Volkswagen A G (VWAGY) | | None | | | Sold | 02/25/20 | K | | |
| 152. Direxion Connected Consumer ETF (CCON) | A | Dividend | K | T | Buy | 11/30/20 | K | | |
| 153. Ishares Core S&P 500 (IVV) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vanguard Extended Market (VXF) | A | Dividend | K | T | | | | | |
| 155. Vanguard Total Stock (VTI) | B | Dividend | L | T | | | | | |
| 156. American Beacon Sound Po Int Flrtin Y (SPFYX) | A | Dividend | K | T | Buy | 12/29/20 | K | | |
| 157. Doubline Total Return Bond I (DBLTX) | A | Dividend | K | T | Buy | 12/29/20 | K | | |
| 158. Thornburg Strategic Income I (TSIIX) | A | Dividend | K | T | Buy | 09/09/20 | K | | |
| 159. Zeo Strategic Income Fd I (ZEOIX) | B | Dividend | K | T | Buy (add'l) | 12/29/20 | J | | |
| 160. AMG Yacktman Fd I (YACKX) | | None | | | Sold | 10/14/20 | L | | |
| 161. Buffalo Discovery Fund (BUITX) | C | Dividend | L | T | | | | | |
| 162. Harding Loevner Intl Equity Port Inst (HLMIX) | A | Dividend | K | T | Buy | 04/21/20 | K | | |
| 163. Matthews Asia Growth & Inc Fd I (MACSX) | A | Dividend | K | T | | | | | |
| 164. Oakmark Equity & Income Fd I (OAKBX) | | None | | | Sold | 05/22/20 | K | | |
| 165. Parnassus Endeavor Fd I (PFPWX) | A | Dividend | K | T | | | | | |
| 166. Payden Equity Income Fd I (PYVIZ) | A | Dividend | K | T | | | | | |
| 167. Saturna Sustainable Equity (SEEFX) | A | Dividend | L | T | Buy | 10/15/20 | L | | |
| 168. Thornburg Better World Intl I (TBWIX) | A | Dividend | L | T | | | | | |
| 169. Thornburg Invt Income Bldr Fd Cl I (TIBIX) | B | Dividend | K | T | | | | | |
| 170. Tweedy Browne Global Value Fd (TBGVX) | | None | | | Sold | 04/20/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Div Growth Fd Inv Shs (VDIGX) | B | Dividend | L | T | | | | | |
| 172. Vanguard Total Intl Stock Index Adm (VTIAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Evans, Barbara S.** | 04/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

JKS Resources, LLC: The primary purpose of this business is agricultural. My role involves monitoring the acquisition of new farming properties, reviewing milk production, and some personnel issues.

SWS Family, LLC: Valuation of this item is based upon the estimated value of real estate. A more precise valuation is not available.

JKS Resources, LLC: Valuation of this item is based upon the estimated value of gas and oil investments. A more precise valuation is not available.

Part VII, line 7: Trust #7 was not created by the filer, her spouse, or any dependent child, They are not trustees of this trust and do not know the value, content, or income sources of thereof.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara S. Evans**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544